RICHARD R. NEWMAN et al. v. HYMAN D. LEHRICH et al.— Motion to extend the time of the defendant-appellant to answer pending the hearing

and determination of the appeal is denied. The defendant-appellant may answer the amended consolidated complaint within five days after service of a copy of the order entered herein upon his attorneys, with notice of entry thereof.  Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.